1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8    RONALD JAMES DAVIS, JR.,                CASE NO. 1:11-CV-01561-DLB PC

9                        Plaintiff,          ORDER STRIKING MOTION

10          v.                               (DOC. 6)

11   SHERIFF ARMENTA,

12                        Defendant.

13   _____/

14

15          Plaintiff Ronald James Davis, Jr. ("Plaintiff") is a prisoner detained in John Latorraca

16   Correctional Center in Merced County.  Plaintiff is proceeding pro se and in forma pauperis in

17   this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's

18   motion for the return of his exhibits, filed September 21, 2011.  Doc. 6.

19          Plaintiff's motion is unsigned.  The Court must strike unsigned filings.  Fed. R. Civ. P.

20   11(a).  Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed September 21, 2011,

21   is STRICKEN.

22          IT IS SO ORDERED.

23   **Dated:    October 31, 2011**              _____ **/s/ Dennis L. Beck** _____
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                                 1